## KNIGHT, executrix, v. BROWN.

HILL, J. The verdict is supported by evidence, and none of the assignments of error show cause for reversal.

*Judgment affirmed. All the Justices concur.*

No. 1568. APRIL 14, 1920.

Equitable petition. Before Judge Littlejohn. Sumter superior court. July 8, 1919.

*Shipp & Sheppard* and *Maynard & Williams,* for plaintiff in error.

*Wallis & Fort,* contra.

---

## BURKHALTER v. ROACH; *et vice versa.*

HILL, J. This is the fourth appearance of this case in the Supreme Court. *Burkhalter* v. *Roach,* 142 *Ga.* 344 (82 S. E. 1059); s. c. 145 *Ga.* 834 (90 S. E. 52); s. c. 149 *Ga.* 565 (101 S. E. 123). In the main bill of exceptions no such errors are pointed out as having been committed by the trial court as will require a reversal. The general charge of the court covered the issues made in the case; and while there are some inaccuracies in the charge, they are not of such a nature as will cause the grant of a new trial. In so far as the requests to charge were pertinent and proper, they were covered by the main charge. Other assignments of error are without substantial merit. ·

*Judgment affirmed on the main bill of exceptions. Cross-bill dismissed. All the Justices concur, except Gilbert, J., absent for providential cause.*

Nos. 1573, 1574. APRIL 14, 1920.

Equitable petition. Before Judge Sheppard. Evans superior court. June 5, 1919.

*W. T. Burkhalter, W. G. Warnell,* and *J. S. Daniel,* for plaintiff.

*Hines, Hardwick & Jordan, E. C. Elmore, John P. Moore,* and *P. M. Anderson,* for defendant.·